UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

WATERFORD TOWNSHIP POLICE & FIRE
RETIREMENT SYSTEM, et al.,

          Plaintiff,

v.

CVS HEALTH CORPORATION, et al.,

          Defendants.

Case No.: 1:19-cv-00434-JJM-LDA

## NOTICE OF RELATED PROCEEDINGS

On behalf of Defendants CVS Health Corporation, Larry Merlo, David Denton, Eva Boratto, Richard Bracken, David Brown, Alecia DeCoudreaux, Nancy-Ann DeParle, David Dorman, Anne Finucane, Jean-Pierre Millon, Mary Schapiro, Richard Swift, Tony White, and William Weldon, we write pursuant to Local Civil Rule 9.1, which requires counsel to notify the Court of other actions that involve a "claim, occurrence or event" also presented in a case pending before this Court. Defendants identify the following related proceedings:

1. *Anarkat, et al. v. CVS Health Corp., et al.*, No. 1:19-cv-437-JJM-PAS, U.S. District Court for the District of Rhode Island (putative securities class action under the Exchange Act of 1934).

2. *Labourers' Pension Fund of Central & Eastern Canada v. CVS Health Corp., et al.*, New York Supreme Court, Commercial Division, Index No. 651700/2019 (putative securities class action under the Securities Act of 1933).

3. *City of Warren Police & Fire Retirement System v. CVS Health Corp., et al.*, Rhode Island Superior Court, No. PC-2019-5658 (putative securities class action under the Securities Act of 1933).

4. *Cambria County Employees Retirement System v. CVS Health Corp., et al.*, New York Supreme Court, Commercial Division, Index No. 653223/2019 (putative securities class action under the Securities Act of 1933).

5. *Freundlich v. CVS Health Corp., et al.*, Rhode Island Superior Court, No. PC-2019-6685 (putative securities class action under the Securities Act of 1933).

Dated: September 27, 2019                                   Respectfully submitted,

/s/ *Amanda M. MacDonald*
Amanda M. MacDonald (*pro hac vice* pending)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
Tel:  (202) 434-5000
Fax: (202) 434-5029
amacdonald@wc.com

- and -

/s/ *Robert C. Corrente*
Robert C. Corrente (No. 2632)
WHELAN CORRENTE & FLANDERS LLP
100 Westminster Street, Suite 710
Providence, RI  02903
Tel:  (401) 270-4500
Fax: (401) 270-3760
rcorrente@whelancorrente.com

*Attorneys for CVS Health Corporation, Larry Merlo, David Denton, Eva Boratto, Richard Bracken, David Brown, Alecia DeCoudreaux, Nancy-Ann DeParle, David Dorman, Anne Finucane, Jean-Pierre Millon, Mary Schapiro, Richard Swift, Tony White, and William Weldon*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Related Proceedings was served on all counsel of record on September 27, 2019, using the Court's ECF system, which will send a notification of such filing.

/s/ Robert C. Corrente
Robert C. Corrente