# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE CVS HEALTH CORPORATION SECURITIES ACT LITIGATION | Master File No. 1:19-cv-00434-MSM-LDA<br><br>**CLASS ACTION** |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF JAI CHANDRASEKHAR

PLEASE TAKE NOTICE THAT, pursuant to LR Gen 206(d) of the Local Rules of the United States District Court of Rhode Island, Bernstein Litowitz Berger & Grossmann LLP, ("Bernstein Litowitz") hereby withdraws Jai K. Chandrasekhar as counsel of record for Lead Plaintiff Los Angeles Fire and Police Pensions ("Lead Plaintiff") in the above-referenced matter. The Bernstein Litowitz attorneys of record will continue to represent the Lead Plaintiff in this matter.

Dated: October 21, 2024

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

 /s/ *John J. Rizio-Hamilton*
John J. Rizio-Hamilton
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1502
johnr@blbglaw.com

*Lead Counsel for Lead Plaintiff*