# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

ATTORNEYS AT LAW

NEW YORK • CALIFORNIA • DELAWARE • ILLINOIS • LOUISIANA

John Rizio-Hamilton
johnr@blbglaw.com
(212) 554-1505

November 8, 2024

<u>Via ECF</u>

The Honorable Mary S. McElroy
U.S. District Court for the District of Rhode Island
One Exchange Terrace
Providence, RI 02903

  Re: *In re CVS Health Corp. Securities Act Litigation*,
     Master File No. 1:19-cv-00434-MSM-LDA

Dear Judge McElroy:

  Bernstein Litowitz Berger & Grossmann LLP ("BLB&G") serves as Lead Counsel for Lead Plaintiff Los Angeles Fire and Police Pensions ("LAFPP") in this matter. We write to inform the Court that Anya Freedman has joined BLB&G as a partner, effective November 1, 2024.

  Ms. Freedman previously worked in the Public Pensions General Counsel Division in the Office of the Los Angeles City Attorney (the "LA City Attorney's Office") beginning in April 2015, serving as a Deputy City Attorney, and then as Assistant City Attorney, until she left the LA City Attorney's Office on July 12, 2024. In these roles, Ms. Freedman, along with the team of lawyers in this Division of the LA City Attorney's Office, served as counsel to the three City of Los Angeles public pension plans, including LAFPP. Part of Ms. Freedman's responsibilities included supervising outside counsel that represent LAFPP and the other City of Los Angeles public pension plans in securities litigation and other specialized matters. Consistent with the City of Los Angeles Charter, all engagements of outside counsel for LAFPP and the other City pension plans are based on a transparent and competitive selection process, and subject to the joint approval of the City Attorney and the pension plan's board.

  BLB&G and Ms. Freedman did not discuss the possibility of Ms. Freedman joining the firm at any time during Ms. Freedman's service with the LA City Attorney's Office. Ms. Freedman has no financial interest in this case. Ms. Freedman will be walled off from this litigation, until after the conclusion of all existing contracts between BLB&G and the City of Los Angeles, and until after at least two years have elapsed since her last day of City service (July 12, 2026). Ms. Freedman's joining of BLB&G after leaving her position with the LA City Attorney's Office had no connection to LAFPP's past decisions to retain BLB&G in this or any other matter. As background, BLB&G was retained by LAFPP following a robust and competitive selection process, and the decision to retain BLB&G in this matter preceded by nearly five (5) years Ms. Freedman's subsequent decisions to leave the LA City Attorney's Office in July 2024.

Hon. Mary S. McElroy
November 8, 2024
Page 2

In this regard, BLB&G was first selected to serve on LAFPP's outside securities monitoring and litigation panel in March 2018 through a competitive process that included responding to a Request for Proposals, an interview with LAFPP staff, and an interview with the LAFPP Board of Commissioners, prior to BLB&G's ultimate selection by the LAFPP Board of Commissioners at a public meeting. Thereafter, on October 3, 2019, BLB&G was selected by the LAFPP Board of Commissioners to represent LAFPP in connection with the above-captioned matter. This retention also followed a competitive process that involved responding to a case-specific Request for Proposals and an interview with the LAFPP Board of Commissioners. Following this retention, on October 15, 2019, LAFPP moved for appointment as Lead Plaintiff and requested the Court's approval of BLB&G as Lead Counsel for the Class, which the Court granted on August 26, 2020.

On November 5, 2024, BLB&G informed the LA City Attorney's Office and LAFPP that Ms. Freedman joined BLB&G as a partner.

Respectfully submitted,

/s/ *John Rizio-Hamilton*
John Rizio-Hamilton
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400

*Counsel for Los Angeles Fire and Police Pensions*

cc: Counsel of Record (via ECF)