UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE CVS HEALTH
CORPORATION SECURITIES
ACT LITIGATION

No. 1:19-cv-434-MSM-LDA

**JUDGMENT**

IT IS ORDERED AND ADJUDGED:

JUDGMENT enters in accordance with the Memo and Order of 2/5/2025

Enter:

/s/ Carrie L. Potter
Deputy Clerk

Dated: 2/5/2025